UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-24

_____US_____,
                    Plaintiff(s),

**CALENDAR NOTICE**

v.

_24 cr 39_ (VB)

_Devin Isaac_
                    Defendant(s).
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference      ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument      ___ Plea hearing

___ Bench ruling on motion      ___ Sentencing

on _6/20_, 20_24_, at _11:00 AM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _6/20/24 at 3:00 PM_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _6/11_, 20_24_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge