**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 6, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-6-24

**BY ECF**

Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Isaac*, 24 Cr. 39 (VB)

Dear Judge Briccetti:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 9/6/24
White Plains, NY

The Clerk is instructed to terminate Mr. Raymond's appearance

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/ Samuel Raymond
     Samuel Raymond
     Assistant United States Attorney
     (212) 637-6519