USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA

v.

DEVIN ISAAC,
                Defendant.
--------------------------------------------------------x

ORDER ACCEPTING
PLEA ALLOCUTION

S1 24 CR 39 (VB)

      The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated August 1, 2024, is approved and accepted, and the defendant is adjudged guilty of Count One of the S1 superseding information.

      The Clerk is directed to enter the guilty plea.

Dated: September 23, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge