```
                                                    ┌────────────────────────────┐
                                                    │ USDC SDNY                  │
UNITED STATES DISTRICT COURT                        │ DOCUMENT                   │
SOUTHERN DISTRICT OF NEW YORK                       │ ELECTRONICALLY FILED       │
-----------------------------------------------x    │ DOC #: _____   │
          US         ,                              │ DATE FILED: _____   │
                                                    └────────────────────────────┘
                      Plaintiff(s),
                                                    CALENDAR NOTICE
v.
                                                    24 CR 39    (VB)
      Devin Isaac,
                      Defendant(s).
-----------------------------------------------x
```

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/ re-scheduled for:

___ Status conference                    ___ Final pretrial conference

___ Telephone conference                 ___ Jury selection and trial

___ Pre-motion conference                ___ Bench trial

___ Settlement conference                ___ Suppression hearing

___ Oral argument                        ___ Plea hearing

___ Bench ruling on motion               ✓ Sentencing

on __11-14-__, 20_24_, at __11:00 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from __11-7-24__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance. *Defendant's sentencing submission due 10/31/24.. Government's sentencing submission due 11/7/24*

Dated: __10-24-__, 20_24_
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge