# Exhibit A

"Murder Murder Kill Kill
In The Jam Im Never Squeal"

4-15-17

Target - Buzzo Chelly
Shooter - NumbaSeven Da Hitta
Song - Lil Bibby Killing me

Whats Poppin Buzzo? How you and
the Family? Me im Booling Keeping
my head high maintaining my
Composure Till my Ten toes touch
the Outside World Once and For all.
How my Lil Buzzin doing? I wish I
Could have built a bond with her
Like How Me, You, Dunna, Jas, 3 Jordan
was But no matter when I get
out ima be that Overprotective
GangSta ASS BIG BUZZIN That Gun
Go off for her #GANGSTA, New Law
Just dropped for Youth Offenders they
Cant give anybody that caught a felony
at the age of 17, The L behind they time
they can only give Flat Bids! So im
Litty AYO No Funny Shit Tell YM I
want $1,000 in my account by the 26th
of April. And if I dont get my Shit
ma get these Statements Sent to
ProblemChild 3 Polo Shine #YESTERDAY
And when I Beat my Case he better
get a Gun 3 Call his Shooters Cause
LeD is Gone be Flying Till I Get my

So he got till this Letter get to
ou, you gone get this letter on the
th and tell him what I said So he
gone have 7 days to Send that but
COUNTING From 2 day he got 11 days
I dont wanna HEAR NUN ABOUT
HE DONT GOT IT Cause He GoT SPREADY,
But IF I DONT GET MY 1 Stack in
my account By April 26th 2017
im Sending these Statements
to ProblemChild The BIG Hurk who is
with my big Hound uptop in Elmira
or Ill have the Jet Boy Fizzy whaap
Send it To Polo Shine who is Home
and when I get Home ima get my
money in Blood 3 thats word to
Blood Tell him dont make it HOT OR
NUN This Between Me, HIM 3 My G5
Pistol if needed 3 Tell him The Feds
Still tryna get me to snitch on him but
thats not my Character All I Know
How to do is Kill

           I Love you BUZZIN
SB - Tell him Western union the
Stack to you So you can Send it to me
in my name I TOLD THE FEDS I dont
Know YM SO LETS DO THIS MY WAY
                                    →