# Exhibit B

| | | |
|---|---|---|
| 1 | DATE: | May 27, 2022 |
| 2 | | |
| 3 | SPEAKERS: | Devin Isaac |
| 4 | | [Individual-1] |
| 5 | | [Witness-2] |
| 6 | | [Individual-3] |
| 7 | | |
| 8 | ABBREVIATIONS: | (U/I) = Unintelligible |
| 9 | | (PH) = Phonetic |
| 10 | | (IA) = Inaudible |

**Starts @ 3:08**

| | | |
|---|---|---|
| 16 | ISAAC: | Yo, what you said Shelly called you and said. |
| 19 | Individual-1: | What? |
| 21 | ISAAC: | What you said that that girl called and said to you? |
| 24 | Individual-1: | What did who say to me? |
| 26 | ISAAC: | What you said that girl called and said to you, but you was at work? You said she said what? |

1

| | | |
|---|---|---|
| 30 | Individual-1: | Um, she said tell me the last time to spoke to Devin. I said at 1 U/I and she said call me when he call, call me back, but you ain't call back yet. |
| 35 | ISAAC: | Yo, call her phone real quick. |
| 37 | Individual-1: | Hmm. |
| 39 | ISAAC: | Thank you, Stink. |
| 41 | Individual-1: | Hold on. |
| 43 | ISAAC: | Alright. |
| 45 | Individual-1: | My phone is U/I alright. |
| 47 | WITNESS-2: | Yo. |
| 49 | ISAAC: | Yo. What up? |
| 51 | WITNESS-2: | What's up with you? |
| 53 | ISAAC: | Ain't shit. Cool and the gang. |
| 55 | WITNESS-2: | Yo, I gotta come talk to you, son like… |

| | | |
|---|---|---|
| 58 | ISAAC: | Yeah, I know. Pull up. You hear me. |
| 60 | WITNESS-2: | I'm so mad. I'm so aggravated like… |
| 62 | ISAAC: | Yeah, me too. We on the same page. Pull up on me though. Alright. |
| 65 | WITNESS-2: | Yeah, them niggas making me go to court, my nigga. |
| 68 | ISAAC: | Yeah, I know. |
| 70 | WITNESS-2: | They came and hollered at me. They act like you know; I'm fucking 30 years old U/I… |
| 74 | ISAAC: | Come see me. Come see me. |
| 76 | WITNESS-2: | Six years ago, though. |
| 78 | ISAAC: | Yeah, come see me. |
| 80 | WITNESS-2: | I don't know if I'm gonna be able to come see you before I go to court. I already got mad other shit goin' on like now I gotta get a lawyer, like, I'm like, I'm, I'm annoyed right now. |

| | | |
|---|---|---|
| 86 | ISAAC: | Listen man, yo, you hear me. |
| 88 | WITNESS-2: | What? |
| 90 | ISAAC: | What? Listen man, you don't know nothing, You don't know nothing. |
| 93 | WITNESS-2: | Duh! I don't. |
| 95 | ISAAC: | (Laughing) That's what I'm trying to say like you don't know nothing. We good. You hear me. |
| 99 | WITNESS-2: | Them niggas said you institutionalized. I started dying. (Laughing) |
| 103 | ISAAC: | Oh, they U/I (laughing) |
| 105 | WITNESS-2: | Yeah, they was like yeah you know, he's a gentleman and all that, but you know he's institutionalized, dah, dah, dah, dah. I'm like okay like fuck like these niggas is crazy. |
| 111 | ISAAC: | U/I I'm like nah hell no. (Laughing) I'm like nah, ya'll wildin'. Yo, I miss |

4

| | | |
|---|---|---|
| 113 | | you though. Everything goin' be |
| 114 | | alright though. You heard. |
| 115 | | |
| 116 | WITNESS-2: | U/I |
| 117 | | |
| 118 | ISAAC: | But, in the meantime you know the |
| 119 | | vibes. You heard. |
| 120 | | |
| 121 | WITNESS-2: | Them niggas, them niggas legit just |
| 122 | | ran down on me again in therapy like |
| 123 | | literally 30 minutes ago. |
| 124 | | |
| 125 | ISAAC: | Oh, they ran down again? |
| 126 | | |
| 127 | WITNESS-2: | Yeah, to give me a subpoena. I gotta |
| 128 | | talk to the grand jury. |
| 129 | | |
| 130 | ISAAC: | And they, they, they saying, yeah they |
| 131 | | wildin' like that shit don't, yeah, they |
| 132 | | wildin'. Man, they wildin', but I |
| 133 | | definitely, you'll be able to see me |
| 134 | | though. They'll, you'll be able to |
| 135 | | come see me, right. But, um, I gotta |
| 136 | | run it up. No funny shit. I gotta U/I |
| 137 | | |
| 138 | WITNESS-2: | I'm so aggravated yo. |
| 139 | | |
| 140 | ISAAC: | Huh? |

| | | |
|---|---|---|
| 142 | WITNESS-2: | Nothing. |
| 144-151 | ISAAC: | It ain't really nothing to be aggravated about no more like just you now the vibes, nigga. We ain't do shit you. You don't know shit. I don't know shit. I don't give a fuck like I told them. Like, my nigga, I did what the fuck I did. I don't know this nigga. |
| 153 | WITNESS-2: | U/I |
| 155-157 | ISAAC: | I don't fuck with that nigga. Fuck that nigga. That's what I told them. I don't know this nigga. |
| 159 | WITNESS-2: | You should've heard Mommy. |
| 161 | ISAAC: | (Laughing) |
| 163 | WITNESS-2: | Mommy was right there. |
| 165 | ISAAC: | Huh? |
| 167-168 | WITNESS-2: | Yo, Mommy was right there. So, she was tight like what the fuck like… |

| | | |
|---|---|---|
| 170 | ISAAC: | Yeah. |
| 172 | WITNESS-2: | I was just fucking dying like, ya'll, ya'll U/I |
| 175 | ISAAC: | Yeah, fuck it though we alright. We goin' be alright. |
| 178 | WITNESS-2: | Them niggas, them niggas went to Jasmine's house looking for me. (Laughing) |
| 182 | ISAAC: | (Laughing) |
| 184 | WITNESS-2: | You heard. They came to my house. They went to Jasmine's house and they came to my Mom's. |
| 188 | ISAAC: | Yeah, they buggin'. |
| 190 | WITNESS-2: | Hmm huh. |
| 192 | ISAAC: | But, I'm saying though like, I wonder… |
| 195 | WITNESS-2: | They was like they was with you all day, and I'm like what happened? |

| | | |
|---|---|---|
| 197 | | And he was like nothing. I said |
| 198 | | exactly. Like U/I what's good. |
| 199 | | |
| 200 | ISAAC: | (Laughing) |
| 201 | | |
| 202 | WITNESS-2: | Them niggas is crazy. |
| 203 | | |
| 204 | ISAAC: | Yo, they brought me down cause you |
| 205 | | know I'm just mad right now, right |
| 206 | | now in my life I'm just so humble |
| 207 | | about everything. Like nothing |
| 208 | | bothers me no more. So, they thinking |
| 209 | | they about to get mad shit from me. |
| 210 | | (Laughing) |
| 211 | | |
| 212 | WITNESS-2: | (Laughing) |
| 213 | | |
| 214 | ISAAC: | I'm like yo the truth that ya'll want |
| 215 | | me, ya'll talking about me telling the |
| 216 | | truth. The truth is not what ya'll |
| 217 | | wanna hear. Real shit though. I'm not |
| 218 | | even tryna lie. You feel me, like, I |
| 219 | | know ya'll gonna do what ya'll have |
| 220 | | to do. This is ya'll job title… |
| 221 | | |
| 222 | WITNESS-2: | Right. |
| 223 | | |

| | | |
|---|---|---|
| 224 | ISAAC: | …, but I don't got nothing for ya'll. (Laughing) Word. |
| 227 | WITNESS-2: | Hold on. Hold on. |

*Ends @ 8:54*

*Starts @ 16:40*

| | | |
|---|---|---|
| 233 | ISAAC: | Yeah, what up? Yo, listen you got a dollar, Bro. Shelly? |
| 236 | WITNESS-2: | U/I |
| 238 | ISAAC: | I really need to like get low, get low like, you need to too, like, like (Laughing) |
| 242 | WITNESS-2: | Yo, I'm about to stop talking to you. Fuck! |
| 245 | ISAAC: | Nah, like real shit though, but it's like for the betterment of us though, but I love you to death though. |
| 249 | WITNESS-2: | Of course. |

| | | |
|---|---|---|
| 251 | ISAAC: | You know the vibes. You goin' be |
| 252 | | alright though. You heard. |
| 253 | | |
| 254 | WITNESS-2: | I know. |
| 255 | | |
| 256 | ISAAC: | Nah, real shit you goin' be alright. |
| 257 | | |
| 258 | WITNESS-2: | Oh wait, hold up. Hello. |
| 259 | | |
| 260 | ISAAC: | Yeah. |
| 261 | | |
| 262 | WITNESS-2: | Oh shit. |
| 263 | | |
| 264 | ISAAC: | Yeah, what up? |
| 265 | | |
| 266 | WITNESS-2: | Nah, my Moms was on the other line, |
| 267 | | I was like, but I think she hung up. |
| 268 | | |
| 269 | ISAAC: | Alright. Nah, but you got me though. |
| 270 | | You got a dollar on your card. I gotta |
| 271 | | really do shit. I gotta… |
| 272 | | |
| 273 | WITNESS-2: | What is that? |
| 274 | | |
| 275 | ISAAC: | A hundred dollars. |
| 276 | | |
| 277 | WITNESS-2: | Oh yeah. I don't know that lingo, |
| 278 | | nigga. |

| | | |
|---|---|---|
| 279 | | |
| 280 | ISAAC: | Yo, yo… |
| 281 | | |
| 282 | WITNESS-2: | Imma send it to U/I |
| 283 | | |
| 284 | ISAAC: | Yeah, you could do it now. |
| 285 | | |
| 286 | WITNESS-2: | You said a dollar. I got a dollar for you. |
| 287 | | |
| 288 | | |
| 289 | ISAAC: | (Laughing) |
| 290 | | |
| 291 | WITNESS-2: | (Laughing) |
| 292 | | |
| 293 | ISAAC: | Yo tell U/I |
| 294 | | |
| 295 | WITNESS-2: | I definitely got a dollar. |
| 296 | | |
| 297 | ISAAC: | Yo listen tell Titi I love her. You feel me. |
| 298 | | |
| 299 | | |
| 300 | WITNESS-2: | That's what I was just, I was tryna fucking call him. |
| 301 | | |
| 302 | | |
| 303 | ISAAC: | Yeah, I'm definitely 'bout to (U/I) |
| 304 | | |
| 305 | WITNESS-2: | You just goin' call her. |
| 306 | | |

11

| | | |
|---|---|---|
| 307 | ISAAC: | Nah yeah I know that. |
| 308 | | |
| 309 | WITNESS-2: | U/I was tight. That's my fucking nephew. What the fuck? You act like my daughter did it. |
| 310 | | |
| 311 | | |
| 312 | | |
| 313 | ISAAC: | (Laughing) you know U/I |
| 314 | | |
| 315 | WITNESS-2: | You act like my fucking daughter did it. Like, the fuck, like cause now ya'll getting outrageous. (Laughing) |
| 316 | | |
| 317 | | |
| 318 | | |
| 319 | ISAAC: | Yeah. (Laughing) |
| 320 | | |
| 321 | WITNESS-2: | (Laughing) |
| 322 | | |
| 323 | ISAAC: | You know Ti, you know Titi a rider. (Laughing) |
| 324 | | |
| 325 | | |
| 326 | WITNESS-2: | (Laughing) She was goin' off. |
| 327 | | |
| 328 | ISAAC: | Yo. |
| 329 | | |
| 330 | WITNESS-2: | Like yo, boy, when Mommy said that shit, you act like she pulled the trigger. I was fucking dying. |
| 331 | | |
| 332 | | |
| 333 | | |
| 334 | ISAAC: | (Laughing) |

| | | |
|---|---|---|
| 335 | | |
| 336 | WITNESS-2: | I said Ma chill like. |
| 337 | | |
| 338 | ISAAC: | Yeah, like please like… |
| 339 | | |
| 340 | WITNESS-2: | U/I ya'll wanna be all loud and |
| 341 | | disrespectful and we just gonna serve |
| 342 | | you with a subpoena. I'm like I don't |
| 343 | | give a fuck. Like I don't know U/I |
| 344 | | |
| 345 | ISAAC: | Yeah, you know how we rocking |
| 346 | | though. |
| 347 | | |
| 348 | WITNESS-2: | Yo. |
| 349 | | |
| 350 | ISAAC: | Exactly how we rocking though, but, |
| 351 | | uh, yeah send, send Titi number to my |
| 352 | | uh, shorty shit too. U/I |
| 353 | | |
| 354 | Individual-3: | Hold on, hold on, hold on, hold on, |
| 355 | | hold on. Yo. |
| 356 | | |
| 357 | ISAAC: | Yo. |
| 358 | | |
| 359 | Individual-3: | What's poppin' my nigga? |
| 360 | | |
| 361 | ISAAC: | We get it poppin' nigga. You know |
| 362 | | the vibes. Nah, we U/I |

| | | |
|---|---|---|
| 364 | Individual-3: | Yo, what the fuck is goin' on out there, my nigga. |
| 367 | ISAAC: | Yo, pull up on me. That's it. |
| 369 | Individual-3: | I need to. We gotta chop it up ASAP. |
| 371 | ISAAC: | Yeah, exactly, but, um, we definitely goin' chop, I'm about to fake sneaky, sneaky fall back from this phone shit too. |
| 376 | Individual-3: | You right. |
| 378 | ISAAC: | They listening to me right now. (Laughing) |
| 381 | Individual-3: | I already know gang. You don't even have to tell me that. |
| 384 | ISAAC: | Exactly. |
| 386 | Individual-3: | You already know the vibes. |
| 388 | ISAAC: | Imma um really just give a little U/I |
| 390 | Individual-3: | U/I hit me with the lingo you heard. |

| | | |
|---|---|---|
| 392 | ISAAC: | Yeah. Swag, Bro. Aye, yo, I'm right here though. |
| 395 | Individual-3: | You know the vibes. |
| 397 | ISAAC: | I ain't goin' nowhere. I ain't goin' nowhere. I'm sturdy. Imma be right here. |
| 401 | Individual-3: | Don't do nothing stupid, nigga. We gotta, I gotta pull up on you gang. |
| 404 | ISAAC: | Yeah, hell yeah. Definitely though. I love you. Aye, yo… |
| 407 | Individual-3: | Hold it down. |
| 409 | ISAAC: | Yo, you know that. |
| 411 | Individual-3: | U/I |
| 413 | ISAAC: | Aye, yo, you hear me. |
| 415 | Individual-3: | Yeah. |
| 417 | ISAAC: | I think, this U/I hung up. Yo, you still got that breezy for me right. |

| | | |
|---|---|---|
| 420 | Individual-3: | Yeah, I gotta put it on my card though. |
| 423 | ISAAC: | Aight, just give it to Shelly. Yo, Shelly. |
| 426 | Individual-3: | Shelly? She on the phone. |
| 428 | WITNESS-2: | She hung up. |
| 430 | ISAAC: | She hung up. |
| 432 | Individual-3: | Aight, I'll give it to her though. |
| 434 | ISAAC: | How the fuck wait… |
| 436 | *Ends @ 20:00* | |
| 438 | *Starts @ 22:30* | |
| 440 | WITNESS-2: | Yeah, the nigga like yo cause, cause the nigga was like yo did YM ever give me money and shit. |
| 444 | ISAAC: | Huh? |

| | | |
|---|---|---|
| 446 | WITNESS-2: | I said nigga I take care of Seven and |
| 447 | | my mom's take care of me. |
| 448 | | |
| 449 | ISAAC: | (Laughing) |
| 450 | | |
| 451 | WITNESS-2: | (Laughing) |
| 452 | | |
| 453 | ISAAC: | Yo, yo, yo, my nigga, yeah they was |
| 454 | | tryna get real deep into it. I'm like |
| 455 | | nah, nah, nah. |
| 456 | | |
| 457 | Individual-3: | So, why them niggas ain't pull up on |
| 458 | | me? They would have gotten a bunch |
| 459 | | of suck my dicks. |
| 460 | | |
| 461 | ISAAC: | Ay yo, I told them niggas, I told them |
| 462 | | niggas, I said yo it don't look good |
| 463 | | for me man. (Laughing) |
| 464 | | |
| 465 | Individual-3: | U/I |
| 466 | | |
| 467 | ISAAC: | But yo Imma get with ya'll. U/I Call |
| 468 | | shorty U/I |
| 469 | | |
| 470 | Individual-3: | The white girl or you talkin' about the |
| 471 | | U/I girl. |
| 472 | | |
| 473 | ISAAC: | You heard. |

17

474
475 WITNESS-2:     Aight.
476
477 ISAAC:         Aight. You heard, Shelly.
478
479 WITNESS-2:     Yes, bye I love you.
480
481 ISAAC:         I love you too.
482
483 *(overlapping voices)*
484 *Ends @ 23:15*